IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-BNB

TONY POWELL,

    Plaintiff,

v.

MR. RIOS (Warden),
MR. WILNER (S.I.A.),
MR. KRIST (Lieutenant), and
MR. ROMERO,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 6 2006

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the petition to stay proceedings submitted by Plaintiff Tony Powell and filed by the Court on April 5, 2006. Mr. Powell seeks to stay proceedings so that he may exhaust the Bureau of Prisons' three-step administrative grievance procedure. A prisoner must exhaust the available administrative remedies before initiating a federal lawsuit, not while the lawsuit is pending. The petition to stay is DENIED. Mr. Powell also requests a docket sheet but fails to identify for what prior proceedings he initiated in this Court he wants a docket sheet. Therefore, the request for a docket sheet also is DENIED.

Dated: April 6, 2006

Copies of this Minute Order mailed on April 6, 2006, to the following:

Tony Powell
Reg. No. 61525-080
USP – Florence
PO Box 7000
Florence, CO 81226

                              Secretary/Deputy Clerk