IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00545-ZLW

TONY POWELL,

    Plaintiff,

v.

MR. RIOS (Warden),
MR. WILNER (S.I.A.),
MR. KRIST (Lieutenant), and
MR. ROMERO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document submitted by Plaintiff Tony E. Powell and filed with the Court on June 14, 2006, in the above-referenced case. In the document, Mr. Powell asks the Court to clarify its decision. On May 25, 2006, the Court dismissed the instant action without prejudice for failure to cure. The decision speaks for itself.

    Also on June 14, 2006, Mr. Powell submitted to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 without a docket number. The clerk of the Court filed that motion in *Powell v. Wilner*, 06-cv-01061-BNB, which currently is pending before the Court and in which Mr. Powell was ordered on June 5, 2006, to cure a deficiency within thirty days by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Powell is directed to place the proper docket number on any papers he submits in the future.

    Mr. Powell is on notice that this Court will not correct his filing errors in the future. In the future, any misfiled papers will be stricken, and Mr. Powell will be charged with the responsibility to file the misfiled papers in the proper case.

Dated: June 16, 2006

Copies of this Minute Order mailed on June 16, 2006, to the following:

Tony E. Powell
Reg. No 61525-080
USP - Florence
P.O. Box 7000
Florence, CO 81226

_____
Secretary/Deputy Clerk