IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-ZLW

TONY POWELL,

    Plaintiff,

v.

MR. RIOS (Warden),
MR. WILNER (S.I.A.),
MR. KRIST (Lieutenant), and
MR. ROMERO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
               CLERK

## ORDER REINSTATING CASE

    This civil action is reinstated pursuant to the mandate that the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on September 10, 2007. In the September 10 mandate, the Tenth Circuit reversed the dismissal of the instant action and remanded the case to this Court for further proceedings. Also pursuant to the Tenth Circuit mandate, the clerk of the Court will be directed to file in the instant action a copy of Plaintiff's complaint erroneously used to initiate a separate action, **Powell v. Wilner**, No. 06-cv-01061-ZLW (D. Colo. July 14, 2006). The complaint is electronically filed as docket entry number two in 06-cv-01061-ZLW.

    Plaintiff will be directed to include the above-referenced civil action number on all future papers sent to the Court in this action. Failure to do so may result in a delay in the consideration of the asserted claims. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit issued on September 10, 2007. It is

FURTHER ORDERED that, pursuant to the Tenth Circuit mandate, the clerk of the Court is directed to file in the instant action a copy of Plaintiff's complaint erroneously used to initiate a separate action, **Powell v. Wilner**, No. 06-cv-01061-ZLW (D. Colo. July 14, 2006). The complaint is electronically filed as docket entry number two in 06-cv-01061-ZLW. It is

FURTHER ORDERED that Plaintiff is directed to include the above-referenced civil action number on all future papers sent to the Court in this action. Failure to do so may result in a delay in the consideration of the asserted claims.

DATED at Denver, Colorado, this 18 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-545-ZLW

Tony E. Powell
Reg. No. 61525-080
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-19-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk