IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 9, 2008.**

    Plaintiff's Initial Request for Discovery Material Pursuant to Rule 26 of Fed. R. Civ. P. [Filed January 7, 2008; Docket #69] is **denied without prejudice**. The discovery period has not yet started in this case, and a Scheduling Conference is set for January 25, 2008. In addition, Plaintiff must request all discovery from Defendants' counsel, not the Court.