IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 15, 2008.**

    Defendants' Motion to Stay Discovery [Filed February 8, 2008; Docket #78] is **granted**. Defendants have raised the defense of qualified immunity in response to Plaintiff's claims and have filed a Motion to Dismiss based on the same defense. The United States Supreme Court has reiterated that, because qualified immunity is not simply immunity from liability but also immunity from suit, discovery cannot proceed until the question of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed"). Thus, discovery must be stayed pending the resolution of Defendants' Motion to Dismiss.

    Discovery in this case is hereby stayed, and the Final Pretrial Conference set for August 29, 2008 at 9:00 a.m. is **vacated**. The Court will reset the conference and discovery deadlines, if necessary, after the resolution of Defendants' Motion to Dismiss.