IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.
_____

**ORDER ON PLAINTIFF'S AMENDED COMPLAINT
AND DEFENDANTS' MOTION TO DISMISS**
_____

Plaintiff has filed an "Amended Complaint and Jury Demand, on the Alternative, Petition to Relate Back Pursuant to F.R.Civ.P. 15(c)" [ Docket #87]. Rule 15(a) allows Plaintiff to amend his Complaint once as a matter of course if the Defendants have not yet answered the Complaint. In this case, Defendants filed a Motion to Dismiss rather than an Answer, which allows Plaintiff to file an Amended Complaint without seeking leave of the Court. Nevertheless, Plaintiff's Amended Complaint contains references to his original Complaint and supplements his original Complaint, rather than a complete recitation of allegations and claims which he is pursuing. Because the Amended Complaint will be the operative complaint in this case, Plaintiff must include all allegations and claims in one document. Accordingly, Plaintiff shall file a Second Amended Complaint containing all allegations and claims in one document no later than **April 4, 2008.**

In addition, the filing of an Amended Complaint has mooted defendants' Motion to Dismiss.

Thus, the Motion to Dismiss [Filed January 23, 2008; Docket #73] is **denied without prejudice**.

Dated at Denver, Colorado, this 19th day of March, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge