IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER TO FILE COMPLIANT SECOND AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Summary Judgment [Docket #92]. Plaintiff instituted this action on March 27, 2006, and the case was dismissed prior to Defendants being served. Plaintiff appealed, and the Tenth Circuit Court of Appeals issued its mandate remanding the case on September 10, 2007. Defendants were served in October 2007, and, after receiving an extension of time, filed a joint Motion to Dismiss on January 23, 2008. That Motion was denied as moot when Plaintiff filed a Amended Complaint.

The Court directed Plaintiff to "file a Second Amended Complaint containing all allegations and claims in one document no later than **April 4, 2008**." Dock. #89 at 1. Plaintiff submitted what appears to be an amended complaint on April 7, 2008. Dock. #90. However, the complaint is not on the form required for Prisoner Complaints. Plaintiff has now filed a Motion for Summary Judgment on the basis that Defendants have failed to respond to Plaintiff's Complaint. Plaintiff's

Motion is procedurally improper and legally incorrect. Pursuant to Rule 15(a), Defendants' response is due "within ten days after service of the amended pleading." Fed. R. Civ. P. 15(a)(3). Because Plaintiff has not yet filed a complaint Second Amended Complaint, Defendants response is not yet due.

Accordingly, Plaintiff shall file a Second Amended Complaint containing all allegations and claims in one document on the form required for Prisoner Complaints on or before **April 28, 2008**. Plaintiff's Motion for Summary Judgment is **denied**.

Dated at Denver, Colorado this 14th day of April, 2008.

BY THE COURT:

s/ Michael E. Hegarty  
Michael E. Hegarty  
United States Magistrate Judge