IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 14, 2008.**

    Plaintiff's Motion for Order [September 24, 2007; Docket #43] and Plaintiff's Petition for Commencement and Directions to the Clerk of the Court [Filed October 26, 2007; Docket #54] are **denied as moot**.