IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,
v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

    Defendants' Motion for Leave to File Responsive Pleading to Third Amended Complaint out of Time [Filed June 20, 2008; Docket #106] is **granted**. Defendants are granted to leave to file an answer or other affirmative pleading in response to Plaintiff's Third Amended Complaint on or before **June 27, 2008**.