IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

      Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2008.**

      Plaintiff's Motion for Leave to File Addendums [sic] [Filed July 7, 2008; Docket #109] is **granted in part and denied in part**. To the extent that Plaintiff seeks permission to file any motions after his facility is no longer on lock down, the Motion is granted. The Motion is denied in all other respects.