IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2008.**

    Defendants' Motion to Treat Previously Submitted Dispositive Motion as Filed [Filed July 8, 2008; Docket #111] is **denied**. The Court specifically directed Defendants to file their Motion to Dismiss by June 27, 2008, although it was attached as an exhibit to Defendant's Motion for Leave. Without explanation, Defendants failed to do so.

    Should Defendants still desire to file their Motion to Dismiss out of time, they should file a Motion For Leave, and, if that Motion is granted, follow the Court's directive in timely and properly submitting any Motion to Dismiss.