IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 18, 2008.**

    Plaintiff's Petition to Add Affidavits [Filed July 14, 2008; Docket #116] is **granted** as specified herein. The affidavits are added to the record in this case as attached to Docket #116. The Court makes no ruling as to the legal sufficiency of the affidavits at this time.

    Plaintiff's Petition for Documents without Prepayment [Filed July 14, 2008; Docket #115] is **granted**. The Clerk of the Court is directed to mail a copy of Docket #42, plaintiff's complaint and attachments to Plaintiff at the address listed on the docket.