IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,
v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 15, 2008.**

    Plaintiff's Motion for Extension of Time [filed September 9, 2008; docket #132] is **granted**. Pursuant to this Court's Order issued September 8, 2008 [docket #131], Plaintiff shall file his response on or before **September 30, 2008**. Defendants may file a reply in accordance with D.C. Colo. LCivR 7.1C.
    The Court directs the Defendants to mail a copy of docket #127 to Plaintiff.