IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,
v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 23, 2008.**

    Plaintiff filed a document titled "Petition in Response to Court's Order Directing Plaintiff to Show Cause" which the Court construes as a Motion to Reconsider Docket #132. Plaintiff's Motion to Reconsider Docket #132 [filed September 22, 2008; docket #137] is **denied as moot**.

    The Court directs Plaintiff to its order issued September 15, 2008 [docket #135], granting Plaintiff's request for an extension of time to respond to Defendants' Motion to Dismiss to September 30, 2008, and instructing Defendants to mail Plaintiff a copy of docket #127. Defendants shall mail a copy of docket #127 to Plaintiff on or before Thursday, September 25, 2008, if they have not yet done so.