IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-MEH

TONY E. POWELL,

    Plaintiff,
v.

J. WILNER, (S.I.A.),
MR. RIOS, (Warden),
MR. KRIST, (Lieutenant),
MR. ROMERO, (Property Officer), and
MR. DUNLAP, (DHO Hearing Officer),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 2, 2008.**

    Pending before the Court is Plaintiff's Petition to Make the Court Aware of Disposition [filed September 30, 2008; docket #142]. The Court construes Plaintiff's petition as a Motion to Clarify, and such motion is **granted** as follows: the Court confirms receipt of Plaintiff's Response [filed September 26, 2008; docket #141] to Defendants' Motion to Dismiss. Defendants may file a reply on or before October 13, 2008. The Court directs Plaintiff to docket #136 to confirm Defendants served Plaintiff a copy of docket #127. If the Court requires further briefing on Defendants' Motion to Dismiss, the Court shall at that time issue an order for supplemental briefing.