IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00545-WYD-KLM

TONY E. POWELL,

    Plaintiff(s),

v.

J. WILNER (S.I.A.),

    Defendant.
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's untitled **Motion "for leave to object too [sic] ANY usage of the deposition transcript"** [Docket No. 178; Filed October 23, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  To the extent that Plaintiff intends to dispute the validity of Defendant's evidence attached to his Motion for Summary Judgment [Docket No. 176], the proper procedure is to file a response to Defendant's Motion and submit disputing or verified evidence as set forth in Fed. R. Civ. P. 56.  The Court notes that Plaintiff's deadline to file a response to Defendant's Motion has expired.  Given that Plaintiff is proceeding *pro se*,

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends Plaintiff's deadline to respond to Defendant's Motion [#176] to **November 23, 2009**.  Plaintiff is forewarned that despite his *pro se* status, his failure to comply with this Minute Order and file a timely Response is likely to increase the possibility that summary judgment may be entered against him.

    Dated:  October 23, 2009