IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-KLM

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER (S.I.A.),

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled pleading requesting that the Court extend the deadline for "Plaintiff to enter exhibits" [Docket No. 192; Filed July 6, 2010]. The pleading was docketed as a Motion and referred to the Court for resolution.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On or before **July 30, 2010**, Plaintiff shall submit a written exhibit list including a list of all documents and affidavits that he intends to use at trial. To the extent that Plaintiff appears to believe that he is also required to submit the actual exhibits, the Court clarifies that Plaintiff is only required to submit his <u>list</u> of exhibits by this date, not the actual exhibits.

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the deadline for Defendant to submit an amended Final Pretrial Order to no later than **August 13, 2010**.

    Dated: July 12, 2010