IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00545-WYD-KLM

TONY E. POWELL,

     Plaintiff,

v.

J. WILNER (S.I.A.),

     Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion for the Re-Opening of Discovery Pursuant to the Pretrial Order** [Docket No. 213; Filed October 13, 2010] (the "Motion).

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Discovery is reopened for the limited purpose of allowing Plaintiff to serve the following written discovery requests: 15 interrogatories; 10 requests for production; and 10 requests for admission.  All requests shall be served within **fourteen (14) days** of the date of this Order.

     Dated:  October 13, 2010