IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00545-WYD-KLM

TONY E. POWELL,

    Plaintiff,

v.

J. WILNER (S.I.A.),

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion for the Re-Opening of Discovery Pursuant to the Pretrial Order** [Docket No. 218; Filed October 19, 2010] (the "Motion).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Discovery is reopened for the limited purpose of allowing Defendant to serve the following written discovery requests: 15 interrogatories; 10 requests for production; and 10 requests for admission. All requests shall be served within **fourteen (14) days** of the date of this Order.

    Dated: October 20, 2010