IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00545-WYD-KLM

TONY E. POWELL,

      Plaintiff(s),

v.

J. WILNER (S.I.A.),

      Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiff's untitled **Motion** seeking injunctive relief [Docket No. 222; Filed November 8, 2010] (the "Motion").  Plaintiff has recently secured counsel to represent him in this case [Docket Nos. 203 & 204], yet the present Motion was submitted by Plaintiff rather than his counsel.  Given that Plaintiff is no longer proceeding *pro se*,

      IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** because all pleadings filed by Plaintiff must be signed by counsel.  *See* D.C.COLO.LCivR 11.1A. (permitting only *pro se* parties or counsel to appear or sign pleadings).

Dated:  November 9, 2010