IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00545-WYD-KLM

TONY E. POWELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss, [ECF No. 227], filed October 12, 2010.  The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that the motion is **GRANTED**.  In accordance therewith, this action is **DISMISSED WITH PREJUDICE**, with each side to pay its own costs and attorney's fees.

Dated:  November 22, 2010.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge